United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL OCHOA<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APTO SOLUTIONS, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-03417-HRL   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  February 24, 2015<br>Mediator:  Walter Robinson |

　　　　IT IS HEREBY ORDERED that the request to excuse defendants' insurer claims representative, Donna Williams, from appearing in person at the February 24, 2015, mediation before Walter Robinson is GRANTED.  The representative shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

　　　　**IT IS SO ORDERED**.

Dated:  February 13, 2014

_____
Maria-Elena James
United States Magistrate Judge